STAY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-07882-AB-AS | Date: | November 23, 2022 |
|---|---|---|---|

Title: *Robert Murray v. Koninklijke Philips N.V.* et al

Present: The Honorable  **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER GRANTING THE PHILIPS DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 3014

    Before the Court is Defendants Philips North America LLC, Philips RS North America LLC, Philips Holding USA, Inc., and Philips DS North America LLC's ("Defendants") Motion to Stay (Dkt. No. 13-5) and Plaintiff Robert Murray's ("Plaintiff") Motion to Remand.  Having considered the parties' arguments, and the Court in all respects having been sufficiently advised, the Court finds that this case should be stayed pending transfer of this action to the multidistrict litigation (the "MDL") currently pending before Judge Conti in the Western District of Pennsylvania, *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation*, Case No. 2:21-mc-01230 (W.D. Pa.) (JFC).

    Accordingly, the Motion to Stay is **GRANTED**.  All proceedings are **STAYED** until the action is transferred to the MDL and all hearings set before this Court are **VACATED**.  The Court will defer ruling on the Motion to Remand so that the MDL Court may consider the issue if the case is transferred.  If the

STAY

transfer is denied, the parties shall file a motion to lift the stay to proceed with litigation within **fourteen days** of such denial and propose a new hearing date for Plaintiff's Motion to Remand.

**IT IS SO ORDERED**.